IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20404-Ma |
| | ) | |
| RONALD L. HANNA, | ) | |
| Defendant. | ) | |

---

## ORDER ON GUILTY PLEA

This cause came on to be heard on November 18, 2005, the United States Attorney for this district appearing for the Government and the defendant, Ronald L. Hanna, appearing in person and with retained counsel, Mr. Stephen Leffler.

With leave of the Court, the defendant entered a plea of guilty to a one-count Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this case is set for **Friday, February 17, 2006 at 3:30 p.m.** The defendant was released on bond pending sentencing.

**ENTERED** this the _18th_ day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11-25-05_

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in
 case 2:05-CR-20404 was distributed by fax, mail, or direct printing on
November 25, 2005 to the parties listed.

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT